# United States Court of Appeals for the Fifth Circuit

---

No. 23-10013
CONSOLIDATED WITH
No. 23-10015

---

United States Court of Appeals
Fifth Circuit

**FILED**
November 2, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JESUS ELIZONDO-MARTINEZ,

*Defendant—Appellant*.

---

Appeals from the United States District Court
for the Northern District of Texas
USDC Nos. 3:21-CR-115-1, 3:07-CR-369-1

---

Before WIENER, STEWART, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Jesus Elizondo-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Elizondo-Martinez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

23-10013
c/w No. 23-10015

therein.  We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED.  *See* 5TH CIR. R. 42.2.